536

1935. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd,* 240 U. S. 240, 241. *Messrs. Walter Schaffner* and *Stiles W. Burr* for appellant. No appearance for appellee.

No. 166. D. A. SCHULTE, INC. *v.* GRAVES, PRESIDENT OF THE STATE TAX COMMISSION, ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Magnano Co.* v. *Hamilton,* 292 U. S. 40, 43; *Liggett Co.* v. *Lee,* 288 U. S. 517, 538; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537. *Mr. Walter H. Liebman, Jr.,* for appellant. *Mr. Henry Epstein* for appellees.

No. 180. MISSISSIPPI CENTRAL R. CO. ET AL. *v.* ROBERTS ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd,* 240 U. S. 240, 241. (2) *New York* v. *Kleinert,* 268 U. S. 646, 649–651; *Keokuk & Hamilton Bridge Co.* v. *Illinois,* 175 U. S. 626, 633; *Dewey* v. *Des Moines,*

173 U. S. 193, 197. The motion of the appellees to allow damages is granted, and it is ordered that damages of one hundred dollars, payable to appellees, be taxed against appellants. *Slaker* v. *O'Connor*, 278 U. S. 188; *Roe* v. *Kansas*, 278 U. S. 191. *Messrs. Thomas Brady, Jr.,* and *Thomas C. Hannah* for appellants. *Mr. Lee D. Hall* for appellees.

No. 181. MISSISSIPPI CENTRAL R. Co. ET AL. *v.* AULTMAN ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Godchaux Co.* v. *Estopinal*, 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.*, 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd*, 240 U. S. 240, 241. (2) *New York* v. *Kleinert*, 268 U. S. 646, 649–651; *Keokuk & Hamilton Bridge Co.* v. *Illinois*, 175 U. S. 626, 633; *Dewey* v. *Des Moines*, 173 U. S. 193, 197. The motion of the appellees to allow damages is granted, and it is ordered that damages of one hundred dollars, payable to appellees, be taxed against appellants. *Slaker* v. *O'Connor*, 278 U. S. 188; *Roe* v. *Kansas*, 278 U. S. 191. *Messrs. Thomas Brady, Jr.,* and *Thomas C. Hannah* for appellants. *Mr. Lee D. Hall* for appellees.

No. 190. GELKOM REALTY CORP. *v.* YOUNG WOMEN'S HEBREW ASSN. ET AL. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is